# EXHIBIT 2

Message

**From:** romac106@comcast.net [romac106@comcast.net]
**Sent:** 11/3/2018 4:54:27 PM
**To:** 'Mickael Behn' [mickaelbehn@havanadockscorp.com]
**Subject:** RE: Havana Docks small Progress

Thanks Mickael:

This is all very interesting. I hope we can achieve a business solution and not have to wait for a legal or political one (which could be messy and prolonged). That said, the more political pressure we can bring the greater probability of our achieving a business arrangement.

███████████████████████████████████████████████████████████
███████████████████████████ Especially since this administration may be doing our bidding.
We will see.
Cheers,
Robert

---

**From:** Mickael Behn <mickaelbehn@havanadockscorp.com>
**Sent:** Friday, November 2, 2018 7:19 PM
**To:** romac106@comcast.net
**Subject:** Re: Havana Docks small Progress

Hi Robert,

I hope all is well

In case you haven't seen these yet. Things are starting to move in our direction

Cuban standard mentioning us at the end.
https://www.cubastandard.com/?p=20350

It looks like this are starting to move in the right direction for us.

https://www.mcclatchydc.com/news/politics-government/white-house/article220909345.html

I also put a quote from me in this article.
https://www.breitbart.com/latin-america/2018/10/30/activists-launch-protests-against-cruises-hateful-bloody-tyranny-cuba/

It feels like the sand is starting to shift in our favor.

Regards
Mickael

Sent from my iPhone

On 10 Sep 2018, at 22:52, "romac106@comcast.net" <romac106@comcast.net> wrote:

> Thanks for the clarification. Comforting to know
> Robert
>
> **From:** Mickael Behn <mickaelbehn@havanadockscorp.com>
> **Sent:** Monday, September 10, 2018 5:38 PM
> **To:** romac106@comcast.net
> **Cc:** Jerry Johnson <jjohnson@bankofthebluegrass.com>
> **Subject:** Re: Havana Docks small Progress
>
> I understood the issue with the state dept and violators at the time. It was just an example that it's been done before to fine citizens. Albeit in different scenario.
> We had the lease under the understanding at the time that we build the docks. So yes all the docks but the current one in use (which was built by Havana docks company) was paid and built by us. The issue then becomes that of lease of the land that has expired.
> What is part of our Cuban claim that was recognized as loss of material buildings and material items within those building as well at the operational period of the lease.
> The claim covers the fact that the building where ours under the lease and we would lose the land (with the building) if we didn't renew our lease.
> We technically still own that lease of time lost and the materials on that land within our claim.
> I don't have the records of that lease at hand. They are in my house in Miami. As are the incorporation papers of the company in 1917. All that paperwork was submitted to the be able to get recognition of our claims. It's really why we have the claim system to avoid having to prove every time.
> I have had a few people question the fact that lease had run out so we don't own. But actually since the claim was recognized by the government as we are the property owners its ownership has stayed frozen in time. The cruise lines can try to argue it but really can't without putting the whole claims system in jeopardy.
> The Cruise lines have only the state dept waiver that says that they "can use any means possible to reach Cuba without prosecution." An executive order by Obama which apparently trumps (no pun intended) any other law.
>
> I know it not as clear cut as we would like to have it. But ultimately the American Cuban claim we have states very specifically that we are the owners. No other proof should be needed. I'll have a look through what I have to see if it can help further.
>
> Mickael
>
> Sent from my iPhone
>
> On 10 Sep 2018, at 20:02, "romac106@comcast.net" <romac106@comcast.net> wrote:
>
>> Thanks
>> The State Department was enforcing a law forbidding US citizens to travel to Cuba, and setting fines for violators. ████████████████████████████████
>> ████████████████████████████████████████████████
>> ████████
>> I'm suggesting a civil action, which is different than what the State Dept was doing. I'm seeking a way that may not need to involve the State Dept. other than getting passenger lists. This would disrupt the cruise lines and might bring about a quick resolution.

Would you have records of the Concession (the leasing of the docks).

I do not believe Havana Docks owns any property in Cuba or ever did. The cruise lines may be taking comfort in that. We need to establish exactly what has been stolen before we can establish a claim. Clearly the right-to-operate was 'stolen' when Castro came into power. But, that right would have expired by now under the original terms. So, is it correct to claim that the cruise lines are operating with stolen property? We need to prove Havana Docks property ownership.

Nice video----I'm ready to go there.

Robert

**From:** Mickael Behn <mickaelbehn@havanadockscorp.com>
**Sent:** Monday, September 10, 2018 1:26 PM
**To:** romac106@comcast.net
**Cc:** Jerry Johnson <jjohnson@bankofthebluegrass.com>
**Subject:** Re: Havana Docks small Progress

Robert, I scanned this article form my Grandfathers Cuba files.

It looks like the State dept. was doing this in 2001. Obviously things changed because of Obamas
Decree for traveling to Cuba. But at least there is some precedence in fines being issued to travelers.


Also you might like to see this video Javier Garcia-Bengochea (owner of Santiago de Cuba Ports) found.
Its shows the current state of Havana Docks. They spent a lot of money on the docks. And even sell cuban cigars inside
The Docks as the rep in the video describes. I would have to assume that the taxes on those items would go directly to the
Cuban Military which in turn would violate the the Liberated Act. And would be considered "Trafficking" on our Docks.

Its long shot but to me would seem an easy case to argue. Lets see what your lawyers would think of that.

Youtube link: https://youtu.be/391D-n_pIPY

Mickael


--

**Mickael Sosthenes Behn**
**President | HAVANA DOCKS CORPORATION**
mickaelbehn@havanadockscorp.com

> On 10 Sep 2018, at 18:12, romac106@comcast.net wrote:
>
> Excellent, Mikael

HDC 015215



Also, the following statement is not right. MacArthur Brothers build the docks ~1910 and subsequently owned part of The Port of Havana Docks Company (a Maine Co.), which owned the concession from Cuba to operate the docks. To my knowledge the land was never purchased . Port of Havana Docks was reorganized in 1918 in Delaware into Havana Docks Co. with your great-grandfather as a principal.   "Behn's great-grandfather Sosthenes Behn, founder of International Telephone & Telegraph, purchased the Havana land and built docks on it in 1920. The property was passed on to Behn's grandfather William Behn in the 1940s but nationalized on Nov. 21, 1960. Behn inherited the claim two years ago."
We need to be careful what we put in the press, should it come back and haunt us.
Interestingly, the MacArthur family still has an involvement after more that 110 years.  I see this as a great story of two families that have kept watch on the Docks for many generations.
Keep it up.  We will prevail
Robert

---

**From:** Mickael Behn <mickaelbehn@havanadockscorp.com>
**Sent:** Monday, September 10, 2018 11:55 AM
**To:** Robert MacArthur <romac106@comcast.net>
**Subject:** Havana Docks small Progress

Dear Robert,

I hope all is well and congratulations on such a long a prestigious career.

I thought you might like to see that we are starting to progress a bit with media and government attention.
Im starting to get other Claims property owners in the Havana Harbor contacting me. Im hoping to create a
Consortium of Havana Harbor claim owners. With a bit of luck we could get a more press and more attention that we need.


Latest Press
https://www.tampabay.com/news/business/tourism/Ads-take-aim-at-cruises-to-Cuba_171553283

And the latest subcommittee hearing with Ted Yoho that seems to want to fight in our corner.
Here is a small clip.

Mickael

--

**Mickael Sosthenes Behn**
**President | HAVANA DOCKS CORPORATION**
mickaelbehn@havanadockscorp.com

HDC 015217