# EXHIBIT 3

Answers to:

## INFORMATION QUESTIONNAIRE FOR
## UNITED STATES PROPERTY OWNERS IN CUBA

I. The HAVANA DOCKS CORPORATION owns and operates in Havana Harbor, three Ocean Steamship piers, named respectively, the San Francisco, Machina and Santa Clara piers linked by a marginal building. This terminal company offers docking and warehousing facilities for import and export, bonded warehouses and provisional cargo deposits for merchandise pending customs appraisement, etc.

Each pier consists of a two story concrete building with an apron equipped with platforms, and a double railroad track to permit direct unloading of cargo from ships to railroad cars.

The 1,153 foot marginal building faces the Avenida del Puerto. Its main floor is used as a deposit for bulky merchandise with ready access to elevators, and has central and lateral entrances to each pier, vehicle loading platforms at the head of the elevators, etc.

Length of piers in feet:
San Francisco, North Side 662 - South Side 662
Machina,         "     "    661 -    "     "    602
Santa Clara,     "     "    625 -    "     "    562

The eastern end of each pier measures 210 feet.

At December 31, 1959 the corporation held in Havana, Cuba cash in banks and on hand of $126,577 and Accounts Receivable of $522,446.

II. The two oldest piers were acquired from the predecessor Port of Havana Docks Company, a Maine corporation, and the Santa Clara pier was constructed in 1921-2 by the Havana Docks Corporation. The entire pier properties are held under the terms of a concession granted by the Cuban Government in 1905 and as modified in 1910, 1920 and 1922. The terms provide for transfer of ownership of the pier properties to the Cuban Government in the year 2004, in good state of preservation and service without payment to the company.

III. (a) -
     (b) (i) Incorporated August 14, 1917 under the laws of the State of Delaware.
         (ii) <u>97.5% of the stock of the Havana Docks Corporation is owned by citizens of the United States.</u>

IV. Not applicable - All urban property.

V. As in I. above.

7-24-19 FOIA Response FCSC 00316

HDC-CCL 000596

- 2 -

VI. Total value of all property owned in Cuba:

| | |
|---|---:|
| Cash in Banks and on Hand at December 31, 1959 | $126,577 |
| Accounts Receivable at December 31, 1959 | 522,446 |
| Cuban Telephone Company (1,000 shares at cost) | 100,000 |
| Piers, equipment and concession | 5,000,000* |
| Total | $5,749,023 |

\* Estimated value which is materially less than replacement cost.

VII. As of July 28, 1960, there has been no intervention or expropriation. However, labor laws require large forces of pier personnel to be maintained on the payrolls, far beyond the requirements of the business, and very heavy losses are being sustained.

U.S.A. Address:
  Havana Docks Corporation
  67 Broad Street
  New York 4, N.Y.

7-24-19 FOIA Response FCSC 00317

HDC-CCL 000597