# EXHIBIT 9



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

October 7, 2015

Case No. CU-2015-320741-1

Royal Caribbean Cruises Ltd.
c/o Holland & Knight LLP
800 17th Street, NW, Suite 1100
Washington, DC 20006
Attn: Mr. Ronald Oleynik

Subject: Your Vessel Carrier Services Application

Dear Mr. Oleynik:

This responds to your license application dated July 17, 2015, which you submitted to the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC), requesting authorization to provide carrier services by vessel involving Cuba.

The Cuban Assets Control Regulations, 31 C.F.R. Part 515 (the "Regulations"), administered by OFAC, prohibit persons subject to the jurisdiction of the United States from dealing in property in which Cuba or a Cuban national has an interest, unless exempt or authorized by OFAC.

Please be advised that on September 21, 2015, OFAC published amendments to the Regulations to further implement changes in Cuba sanctions policy announced by the President on December 17, 2014. 80 FR 56915. As amended, section 515.572 of the Regulations now contains a general license authorizing, with certain limitations, a person subject to the jurisdiction of the United States to provide carrier services by vessel to, from, or within Cuba in connection with travel or transportation between the United States and Cuba of persons, baggage, or cargo authorized pursuant to the Regulations. Please see 31 C.F.R. § 515.572 for the full regulatory text and requirements of this general license. In addition, another general license in that section authorizes persons subject to U.S. jurisdiction providing authorized carrier services by vessel to provide lodging services onboard such vessels to persons authorized to travel to or from Cuba pursuant to the Regulations during the period of time the vessel is traveling to, from, or within Cuba, including when docked at a port in Cuba.

A "general license" constitutes a blanket authorization for those transactions set forth in, and subject to the conditions of, the relevant provision. To the extent that your proposed transactions fall within the scope of the general license provisions in section 515.572 (or another general license in the Regulations), you may proceed with such transactions without further OFAC authorization. OFAC's policy is not to grant specific licenses authorizing transactions for which the provisions of a general license apply. See 31 C.F.R. § 501.801(a). In light of the recent regulatory amendments, we are closing your application without action.

Feel free to contact us at (202) 622-2480 if you have questions about the scope of the general license in section 515.572 or are considering activities beyond that scope. OFAC may advise you to write in, providing details regarding such proposed activities.

Sincerely,

Andrew Sens
Chief, Licensing Division
Office of Foreign Assets Control