# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-23591-BLOOM/Louis

HAVANA DOCKS CORPORATION,

     Plaintiff,

v.

NORWEGIAN CRUISE LINE HOLDINGS LTD.,

     Defendant.

_____ /

## ORDER UNSEALING THE SUMMARY JUDGMENT RECORD

     **THIS CAUSE** is before the Court upon the parties' Joint Notice of Filing Proposed Order Unsealing the Summary Judgment Record. ECF No. [374]. Accordingly, it is **ORDERED AND ADJUDGED** that the **CLERK OF COURT** shall **UNSEAL** the following docket entries:

- ECF Nos. [227], [228], [229], [230], [232], [233], [234], [235], [276], [277], [278], [280], [281], [282], [284], [285], [294], [295], [303], [304], [306], [307], [308], [309], [310], [311]
- ECF No. [214], [214-1]; [214-2]; [214-4]; [214-6] – [214-8]; [214-10] – [214-30]; [214-33] – [214-37]; [214-39]; [214-41] – [214-49]
- ECF No. [215]; [215-3] – [215-15]; [215-17] – [215-20]; [215-22]; [215-26]; [215-27[; [215-30] – [215-50];
- ECF No. [217]; [217-1] – [217-10]; [217-12] – [217-16]; [217-19] – [217-29]; [217-31]; [217-33] – [217-49]
- ECF No. [220], [220-1] – [220-27]; [220-29] – [220-36]; [220-39] – [220-59]
- ECF No. [221], [221-1] – [221-5]; [221-8] – [221-24]; [221-28]; [221-31] – [221-36]; [221-38]
- ECF No. [223] and (all exhibits)
- ECF No. [224] and (all exhibits)

- o ECF No. [231] and (all exhibits)
- o ECF No. [234-1] – [234-6]; [234-8] – [234-17]; [234-21]; [234-27] – [234-34]; [234-36] – [234-46]; [234-48] – [234-66]; [234-68] – [234-78]; [234-80]
- o ECF No. [235-1] – [235-8]; [235-10] – [235-25]; [235-30] – [235-36]; [235-38] – [235-41]; [235-46]; [235-50] – [235-63]; [235-69] – [235-72]; [235-74] – [235-75]; [235-77], [235-79]
- o ECF No. [237], [237-1] – [237-15]; [237-17]; [237-19]; [237-21] – [237-32]; [237-34]; [237-36] – [237-37]; [237-39] – [237-54]; [237-58] – [237-62]; [237-64]
- o ECF No. [272], [272-1]; [272-3] – [272-5]; [272-7] – [272-9]; [272-11] – [272-13]
- o ECF No. [279] and (all exhibits)
- o ECF No. [280], [280-1] – [280-7]; [280-8]; [280-9]
- o ECF No. [282-5] – [282-7]; [282-9] – [282-16]
- o ECF No. [302] and (all exhibits)

Further, within twenty-one (21) days of the date of this Order, the parties are instructed to refile the following documents in the public record with redactions to personally identifying information ("PII"), bank account information, and agreed upon redactions meeting the criteria set forth in ECF No. [366]:

- • ECF No. [214-3]; [214-5]; [214-9]; [214-31]; [214-32]; [214-38]; [214-50]
- • ECF No. [215-1]; [215-2]; [215-16]; [215-21]; [215-23] – [215-25]; [215-28] – [215-29]
- • ECF No. [217-11]
- • ECF No. [220-28]; [220-37]; [220-38]
- • ECF No. [221-6]; [221-7]; [221-25] – [221-27]; [221-29]; [221-30]; [221-37]
- • ECF No. [234-7]; [234-18]; [234-19] – [234-20]; [234-24] – [234-26]; [234-35]; [234-47]; [234-67]; [234-79]
- • ECF No. [235-9]; [235-26] – [235-29]; [235-37]; [235-42] – [235-45]; [235-47] – [235-49]; [235-64] – [235-68]; [235-73]; [235-76]; [235-78]
- • ECF No. [237-16]; [237-18]; [237-20]; [237-33], [237-35]; [237-38]; [237-55]; [237-56]; [237-57]; [237-63]
- • ECF No. [272-2]; [272-6]; [272-10]

Case No. 19-cv-23591-BLOOM/Louis

- ECF No. [280-7]

- ECF No. [282-1] – [282-4]; [282-8]

    **DONE AND ORDERED** in Chambers at Miami, Florida, on April 1, 2022.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

3