UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23591-BLOOM/McAliley

HAVANA DOCKS CORPORATION,

    Plaintiffs,

v.

NORWEGIAN CRUISE LINE HOLDINGS,
LTD,

    Defendant.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** is before the Court following the Court's Order granting Plaintiff's Motion for Entry of Judgment, ECF No. [452]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff Havana Docks Corporation and against Norwegian Cruise Line Holdings, Ltd.

2. Plaintiff is awarded **$109,848,747.87** in damages. This sum consists of $9,179,700.88, the amount of the claim certified by the Foreign Claims Settlement Commission, and $27,436,548.41 in interest, which amounts are trebled pursuant to 22 U.S.C. § 6082(a)(3)(C)(ii).

3. In addition, Plaintiff is awarded **$2,817,073.61** in attorneys' fees, and **$261,002.00** in costs.

4. Post-judgment interest shall accrue on this Final Judgment pursuant to 28 U.S.C. § 1961.

Case No. 19-cv-23591-BLOOM/McAliley

5. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 30, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record