# EXHIBIT 3

## TO BE FILED UNDER SEAL PENDING COURT ORDER