# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-21724** |
| Plaintiff, | **BLOOM/McAliley** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23588** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| MSC CRUISES SA,<br>MSC CRUISES SA CO, and<br>MSC CRUISES (USA) INC., | |
| Defendants. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23590** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| ROYAL CARIBBEAN CRUISES, LTD., | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23591** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| NORWEGIAN CRUISE LINE HOLDINGS LTD., | |
| Defendant. | |
| _____/ | |

## **DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'S NOTICE OF APPEAL**

Notice is hereby given that Royal Caribbean Cruises Ltd., defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on December 30, 2022 (*Royal Caribbean* Dkt.318), and from all orders preceding it, including Dkt.452, *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 1:19-cv-23591-BB.

        Respectfully submitted,

        **HOLLAND & KNIGHT LLP**
        701 Brickell Avenue, Suite 3300
        Miami, Florida 33131
        Telephone: (305) 789-7575
        Facsimile: (305) 789-7799

        By: /s/Scott D. Ponce
        SCOTT D. PONCE
        Florida Bar No. 0169528
        Email: Scott.Ponce@hklaw.com
        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 17th day of January, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. The document is available for viewing and downloading from the ECF system.

        By: /s/ Scott D. Ponce