## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-21724** |
| Plaintiff, | **BLOOM/McAliley** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23588** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| MSC CRUISES SA, <br> MSC CRUISES SA CO, and <br> MSC CRUISES (USA) INC., | |
| Defendants. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23590** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| ROYAL CARIBBEAN CRUISES, LTD., | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23591** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| NORWEGIAN CRUISE LINE HOLDINGS LTD., | |
| Defendant. | |
| _____/ | |

**DEFENDANT NORWEGIAN CRUISE LINE HOLDINGS LTD.'S**
**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant, Norwegian Cruise Line Holdings Ltd., respectfully appeals to the United States Court of Appeals for the Eleventh Circuit from each and every portion of the final judgment entered in this action on December 30, 2022 (Norwegian Dkt. 453), and from all orders preceding it, including Norwegian Dkt. 452.

Dated: January 23, 2023

Respectfully submitted,

**HOGAN LOVELLS US LLP**
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

By: /s/ *Allen P. Pegg*
Richard C. Lorenzo
Florida Bar No. 071412
richard.lorenzo@hoganlovells.com
Allen P. Pegg
Florida Bar No. 597821
allen.pegg@hoganlovells.com

*Counsel for Norwegian Cruise Line Holdings Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: /s/ *Allen P. Pegg*
Allen P. Pegg