UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAVANA DOCKS CORPORATION, | Case No. 19-cv-21724 |
| Plaintiff, | **BLOOM/McAliley** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. _____/ | |
| HAVANA DOCKS CORPORATION, | Case No. 19-cv-23588 |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| MSC CRUISES SA, MSC CRUISES SA CO, and MSC CRUISES (USA) INC., | |
| Defendants. _____/ | |
| HAVANA DOCKS CORPORATION, | Case No. 19-cv-23590 |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| ROYAL CARIBBEAN CRUISES, LTD., | |
| Defendant. _____/ | |
| HAVANA DOCKS CORPORATION, | Case No. 19-cv-23591 |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| NORWEGIAN CRUISE LINE HOLDINGS LTD., | |
| Defendant. _____/ | |

**DEFENDANT CARNIVAL CORPORATION'S
NOTICE OF APPEAL**

Notice is hereby given that Defendant, Carnival Corporation, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on December 30, 2022, [*Carnival*, No. 19-cv-21724, ECF No. 544], and from all orders preceding it, including the Order on Plaintiff's Motion for Entry of Final Judgment [*Norwegian*, ECF No. 452] filed in *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 1:19-cv-23591-BB.

Dated: January 25, 2023

Pedro A. Freyre
**AKERMAN LLP**
(Florida Bar No. 192140)
98 SE 7th St., Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600
Pedro.freyre@akerman.com

George J. Fowler, III
(*Pro Hac Vice*)
Luis Llamas
(Florida Bar No. 89822)
**JONES WALKER LLP**
201 St. Charles Ave.
New Orleans, LA 70170
Telephone: (504) 582-8752
gfolwer@joneswalker.com
llamas@joneswalker.com

Respectfully submitted,

By: */s/ Stuart H. Singer*
Stuart H. Singer
(Florida Bar No. 377325)
Meredith Schultz
(Florida Bar No. 29536)
Pascual A. Oliu
(Florida Bar No. 107737)
Corey P. Gray
(Florida Bar No. 0115473)
**BOIES SCHILLER FLEXNER LLP**
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
ssinger@bsfllp.com
mschultz@bsllp.com
poliu@bsfllp.com
cgray@bsfllp.com

*Attorneys for Carnival Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

                              By:    */s/ Stuart H. Singer*
                                          Stuart H. Singer