**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-21724** |
| Plaintiff, | **BLOOM/McAliley** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23588** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| MSC CRUISES SA, MSC CRUISES SA CO, and MSC CRUISES (USA) INC., | |
| Defendants. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23590** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| ROYAL CARIBBEAN CRUISES, LTD., | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23591** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| NORWEGIAN CRUISE LINE HOLDINGS LTD., | |
| Defendant. | |
| _____/ | |

**<u>MSC CRUISES' NOTICE OF APPEAL</u>**

1

Notice is hereby given that MSC Cruises S.A., MSC Cruises SA Co., and MSC Cruises (USA) Inc. (collectively, "MSC Cruises"), defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on December 30, 2022 (*MSC* ECF No. 395) and from all orders preceding it, including ECF No. 452, *Havana Docks Corp. v. Norwegian Cruise Line Holdings, Ltd.*, No. 1:19-cv-23591-BB.

Dated: January 25, 2023

Respectfully submitted,

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge (Fla. Bar No. 708070)
Andrew T. Hernacki (admitted *pro hac vice*)
Justin B. Nemeroff (admitted *pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue
Washington, D.C. 20001
T: (202) 344-4703
F: (202) 344-8300
JBaldridge@venable.com
ATHernacki@venable.com
JBNemeroff@venable.com

*Counsel for MSC Cruises*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2023, a copy of the foregoing was filed through the Court's CM/ECF management system and electronically served on counsel of record.

*/s/ J. Douglas Baldridge*