## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-21724** |
| Plaintiff, | **BLOOM/McAliley** |
| v. | |
| CARNIVAL CORPORATION, | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23588** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| MSC CRUISES SA, <br> MSC CRUISES SA CO, and <br> MSC CRUISES (USA) INC., | |
| Defendants. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23590** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| ROYAL CARIBBEAN CRUISES, LTD., | |
| Defendant. | |
| _____/ | |
| HAVANA DOCKS CORPORATION, | **Case No. 19-cv-23591** |
| Plaintiff, | **BLOOM/Louis** |
| v. | |
| NORWEGIAN CRUISE LINE HOLDINGS LTD., | |
| Defendant. | |
| _____/ | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 5.4 of the Southern District of Florida and the Protective Order governing this case (the "Protective Order," *NCL* ECF No. 154), Defendants Carnival Corporation d/b/a Carnival Cruise Line ("Carnival"), MSC Cruises S.A., MSC Cruises SA Co., and MSC Cruises (USA) Inc. (collectively, "MSC Cruises"), Royal Caribbean Cruises Ltd. ("Royal Caribbean"), and Norwegian Cruise Line Holdings Ltd. ("Norwegian") (collectively, "Defendants") move unopposed for leave to file under seal Defendants' Reply in Further Support of Their Motion for Stay of Execution of Final Judgments Without Bond Or With a Reduced Bond Pending Upcoming Appeals (the "Reply"). The Reply contains non-public, highly confidential financial information regarding MSC Cruises that will not be made public until the conclusion of MSC Cruises' annual financial auditing process and the release of its 2022 annual report.

Defendants request that this information remain under seal until the public release of MSC Cruises' 2022 annual report.

**CERTIFICATE OF GOOD FAITH CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certify that they conferred with Plaintiff's counsel regarding this Motion and are authorized to report that Plaintiff does not oppose the Motion.

Dated: February 9, 2023                                                              Respectfully submitted,

| | |
|---|---|
| **BOIES SCHILLER FLEXNER LLP**<br>401 East Las Olas Boulevard<br>Suite 1200<br>Fort Lauderdale, Florida<br>Telephone: (954) 356-0011<br>Facsimile: (954) 356-0022<br><br>By: /s/ *Stuart H. Singer*<br>Stuart H. Singer<br>Florida Bar No. 377325<br>ssinger@bsfllp.com<br>Meredith Schultz | **HOGAN LOVELLS US LLP**<br>600 Brickell Avenue<br>Suite 2700<br>Miami, Florida 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br><br>By: /s/ *Allen P. Pegg*<br>Richard C. Lorenzo<br>Florida Bar No. 071412<br>richard.lorenzo@hoganlovells.com<br>Allen P. Pegg |

Florida Bar No. 29536
mschultz@bsllp.com
Pascual A. Oliu
Florida Bar No. 0107737
Corey P. Gray
Florida Bar No. 0115473
cgray@bsfllp.com

Pedro A. Freyre
Florida Bar No. 192140
Pedro.freyre@akerman.com
**AKERMAN LLP**
98 S.E. 7th Street, Suite 1100
Miami, Florida 33131
Telephone: (305) 374-5600

George J. Fowler, III (admitted *pro hac vice*)
gfowler@joneswalker.com
Luis Llamas
Florida Bar No. 89822
llamas@joneswalker.com
**JONES WALKER LLP**
201 St. Charles Avenue
New Orleans, LA 70170
Telephone: (504) 582-8752

*Counsel for Carnival Corporation*


**VENABLE LLP**
600 Massachusetts Avenue
Washington, D.C. 20001
Telephone: (202) 344-4703
Facsimile: (202) 344-8300

By: */s/ J. Douglas Baldridge*
Florida Bar No. 708070
JBaldridge@venable.com
Andrew T. Hernacki (admitted *pro hac vice*)
ATHernacki@venable.com
Justin B. Nemeroff (admitted *pro hac vice*)
JBNemeroff@venable.com

*Counsel for MSC Cruises*

Florida Bar No. 597821
allen.pegg@hoganlovells.com

*Counsel for Norwegian Cruise Line Holdings Ltd.*

**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

By: */s/ Scott D. Ponce*
Scott D. Ponce
Florida Bar No. 0169528
sponce@hklaw.com

*Counsel for Royal Caribbean Cruises Ltd.*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record.

By: /s/ *Allen P. Pegg*
Allen P. Pegg